STATE OF NEW JERSEY v. ROBERT DANIELS.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALAN BURGHARDT.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWIN COPES.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GLEN GOTELL.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER J. STORNAIUOLO.

June 3, 1986.

Petition for certification denied.